IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL PEREZ GONI, | NO. CV 24-5287-JVS (AGR) |
| Petitioner, | ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF MAGISTRATE JUDGE |
| v. | |
| B. PHILLIPS, Warden, | |
| Respondent. | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, the other records on file herein, the Report and Recommendation of the United States Magistrate Judge ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Report.

    IT THEREFORE IS ORDERED that Respondent's motion to dismiss the Petition for Writ of Habeas Corpus is granted as follows:

    (1) Ground One is dismissed without prejudice as second or successive; and

    (2) Grounds Two through Five are dismissed with prejudice.

IT IS FURTHER ORDERED that judgment be entered denying the Petition for Writ of Habeas Corpus and dismissing this action.

The Clerk is directed to send Petitioner Ninth Circuit Form 12 (Application for Leave to File Second or Successive Petition).

DATED:  August 27, 2025

_____
JAMES V. SELNA
United States District Judge