JS-6

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FIDEL PEREZ GONI, | NO. CV 24-5287-JVS (AGR) |
| Petitioner, | JUDGMENT |
| v. | |
| B. PHILLIPS, Warden, | |
| Respondent. | |

    Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

    IT IS ADJUDGED that Judgment is entered denying the Petition for Writ of Habeas Corpus and this action is dismissed as follows:

    (1) Ground One is dismissed without prejudice as second or successive; and

    (2) Grounds Two through Five are dismissed with prejudice.

The Clerk is directed to send Petitioner Ninth Circuit Form 12 (Application for Leave to File Second or Successive Petition).

DATED: August 27, 2025

_____
JAMES V. SELNA
United States District Judge